JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO TORRES ARRIOLA, ENS LEGIS<br><br>Plaintiff,<br><br>v.<br><br>PULTE MORTGAGE LLC, Lender. TJ. BLINSTRUBAS, Trustee.  PULTE HOMES NORTH LA/VENTURA DIVISION, Mortgage Broker, BANK OF AMERICA, N.A. Lender, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, is the beneficiary FANNIE MAE/FREDDIE MAC; Uniform Instrument . First American Title Insurance Company, RECONTRUST COMPANY, N.A. DOES 1 to 10 inclusive.<br><br>Defendant. | Case No. CV-11-09164 MWF (JEMx)<br><br>**Honorable Michael W. Fitzgerald**<br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Trial Date:  January 15, 2013 |

The Court granted Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint on August 22, 2012 without leave to amend, and the action was dismissed.  (Docket No. 119).

In light of the foregoing, in accordance with the Order, and pursuant to Rule

1

58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. That plaintiff Humberto Torres Arriola takes nothing by way of his Third Amended Complaint; and

2. Judgment of dismissal is entered in favor of Defendants PULTE MORTGAGE, LLC, PULTE HOME CORPORATION, TJ BLINSTRUBAS, BANK OF AMERICA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, FANNIE MAE FREDDIE MAC, FIRST AMERICAN TITLE INSURANCE COMPANY, and RECONTRUST COMPANY, NA.

**IT IS SO ORDERED.**

DATED: August 31, 2012            By:___

                                          MICHAEL W. FITZGERALD
                                        United States District Judge