JS-6

1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12  HUMBERTO TORRES ARRIOLA,
ENS LEGIS

13
                      Plaintiff,

14
          v.

15
PULTE MORTGAGE LLC, Lender. TJ.
16  BLINSTRUBAS, Trustee.  PULTE
HOMES NORTH LA/VENTURA
17  DIVISION, Mortgage Broker, BANK
OF AMERICA, N.A. Lender,
18  MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, is the
19  beneficiary FANNIE MAE/FREDDIE
MAC; Uniform Instrument . First
20  American Title Insurance Company,
RECONTRUST COMPANY, N.A.
21  DOES 1 to 10 inclusive.

22                     Defendant.

23

Case No. CV-11-09164 MWF (JEMx)

**Honorable Michael W. Fitzgerald**

**JUDGMENT OF DISMISSAL**

Trial Date:  January 15, 2013

24

25          The Court granted Defendants' Motions to Dismiss Plaintiff's Third Amended

26  Complaint on August 22, 2012 without leave to amend, and the action was

27  dismissed.  (Docket No. 119).

28          In light of the foregoing, in accordance with the Order, and pursuant to Rule

1

**JUDGMENT OF DISMISSAL  CV-11-09164**

1   58(d) of the Federal Rules of Civil Procedure,

2          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

3          1.  That plaintiff Humberto Torres Arriola takes nothing by way of his Third

4   Amended Complaint; and

5          2.  Judgment of dismissal is entered in favor of Defendants PULTE

6   MORTGAGE, LLC, PULTE HOME CORPORATION, TJ BLINSTRUBAS, BANK

7   OF AMERICA, MORTGAGE ELECTRONIC REGISTRATION SYSTEM,

8   FANNIE MAE FREDDIE MAC, FIRST AMERICAN TITLE INSURANCE

9   COMPANY, and RECONTRUST COMPANY, NA.

10

11          **IT IS SO ORDERED.**

12

13   DATED: August 31, 2012          By:__

14                                        MICHAEL W. FITZGERALD
                                         United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2